BENJAMIN GRUBBS PRICE and others *v.* BENJAMIN GRUBBS and others, Heirs, &c.

Before the promulgation of the present Civil Code, brothers and sisters of the whole blood excluded those of the half blood from the inheritance.

THE plaintiffs, as children of one Fanny Price, deceased, presented their petition to the Court of Probates for the parish of Rapides, *Waters*, J., praying to be admitted as heirs of Benjamin Grubbs, the ancestor of the defendants, and for a partition of the estate between themselves and the defendants.

*Brewer*, for the plaintiffs and appellants.

*O. N. Ogden*, for the appellees.

MARTIN, J. The plaintiffs are appellants from a judgment which disallows their claim to any part of the estate of Benjamin Grubbs, deceased, because their mother, through whom they claim, was his half sister only. Benjamin Grubbs died before the promulgation of the present Civil Code,* previous to which bro-

---

*By a proclamation of the Secretary of State, under the act of 12th April, 1824, made on the 20th of May, 1825, it was declared ' that in one month from this date, the Code shall be deemed to be promulgated.'

thers and sisters of the whole blood excluded those of the half blood from the inheritance. The case therefore presents for our solution a mere question of fact. A close examination of the case and the evidence produced, has left on us the impression that the judge of the court of probates did not err in considering plaintiffs' mother as the half sister of the deceased, and, as such, excluded from his succession.

*Judgment affirmed.*